# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL SOTO, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.  07-4720 |
| | : | |
| JAMES T. WYNDER, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 29th day of January, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and the objections filed by Petitioner, it is hereby ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The Petition for Writ of Habeas Corpus is DENIED without prejudice.

3.      There is no probable cause to issue a certificate of appealability.

4.      The Clerk of Court shall mark this case CLOSED for statistical purposes.


                        BY THE COURT:



                        *s/ Ronald L. Buckwalter, S. J.*
                        RONALD L. BUCKWALTER, S.J.